■ Daniel H. Williams, III, Respondent, v William P. Brosnahan, Appellant. (Appeal No. 2.) [743 NYS2d 918] —Appeal from those portions of an order of Supreme Court, Erie County (Makowski, J.), entered July 16, 2001, that, inter alia, denied defendant's motion for judgment notwithstanding the verdict.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see* CPLR 5501 [a] [1], [2]). Present—Pine, J.P., Wisner, Kehoe, Burns and Lawton, JJ.